FILED

SEP 15 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26 CR 00411 |
| | ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) |
| ANTONIO J. BERRY, | ) | |
| Defendant. | ) | JUDGE OLIVER |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about July 16, 2026, in the Northern District of Ohio, Eastern Division, Defendant ANTONIO J. BERRY, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Conspiracy to Possess Drug with Intent to Distribute and Use/Carry of a Firearm During a Drug Trafficking Crime on or about August 30, 2002, in Case Number 1:02CR040, in the United States District Court for the Northern District of Ohio, Eastern Division, knowingly possessed a firearm, to wit: a Taurus, model 709, 9mm pistol, serial number obliterated, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant ANTONIO J. BERRY shall forfeit to the United States all firearms and ammunition involved or used in the commission of the federal firearm violation charged herein; including, but not limited to, the following: a Taurus, model 709, 9mm caliber pistol, serial number obliterated.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.